# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREA GONZALEZ, on behalf of a minor, LG,<br>      Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,[1]<br>**Acting Commissioner of Social Security Administration**,<br>      Defendant. | CIVIL ACTION<br><br>NO. 16-1750 |

## O R D E R

**AND NOW**, this 7th day of July, 2017, upon consideration of Plaintiff's Request for Review, the record in this case, the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey, dated June 13, 2017, no objections having been filed, **IT IS ORDERED** as follows:

1. The Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey, dated June 13, 2017, is **APPROVED** and **ADOPTED**;

2. Plaintiff's Request for Review and the relief requested in the Complaint are **GRANTED** to the extent that plaintiff seeks a remand to the Commissioner of the Social Security Administration and **DENIED** in all other respects; and,

3. The case is **REMANDED** to the Commissioner of the Social Security Administration in accordance with the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey, dated June 13, 2017.

                                                **BY THE COURT:**

                                                **/s/ Hon. Jan E. DuBois**

                                                **DuBOIS, JAN E., J.**

---

[1] Nancy A. Berryhill became the Acting Commissioner of Social Security On January 21, 2017. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill is substituted for Carolyn W. Colvin as the defendant in this suit.